## SAMUEL PACKTOR v. SEPPALA AND AHO CONSTRUCTION COMPANY, INC., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 33 Conn. App. 422 (AC 12089/12090), is granted, limited to the following issue:

"In the circumstances of this case, did the plaintiff state a cause of action under General Statutes §§ 29-389 and 29-391 even though he was not injured while attempting to escape a building during a fire or other similar emergency?"

The Supreme Court docket number is SC 14914.

*David A. Leff,* in support of the petition.

*Rene G. Martineau,* in opposition.